```
                                    FILED IN THE
                                    UNITED STATES
                                    BANKRUPTCY COURT

                                    2009 AUG 26  AM 10: 12
```

David L. Miller, Bar No. 3736
Chapter 7 Trustee
849 W. Hill Field Road, #202
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| STACIE MARTIN, | Bankruptcy No. 08-21576 (Chapter 7) |
| Debtor(s) | Judge Judith A. Boulden |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Intermountain Health Care<br>POB 27808<br>Salt Lake City, UT 84127-0808 | $2.87 |



| | |
|---|---|
| Orion<br>c/o Recovery Management Systems Corp<br>as assignee of University Medical Center<br>Miami, FL 33131 | $0.44 |

A check in the amount of $3.31 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: August 10, 2009

DAVID L. MILLER
Chapter 7 Trustee